UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| JONATHAN McPHEE,<br>     Plaintiff,<br>v.<br><br>SYMPHONY NEW HAMPSHIRE,<br>     Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No. 1:18-cv-00322-LM<br>)<br>)<br>)<br>) |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

NOW COMES Defendant Symphony New Hampshire ("SNH"), by and through its attorneys, Primmer Piper Eggleston & Cramer PC, and hereby moves for summary judgment pursuant to Fed. R. Civ. P. 56 on all claims alleged by Plaintiff Jonathan McPhee in his January 2, 2019 Amended Complaint, and for such other relief as this Court shall deem just and proper.

Support for this motion is more and fully set forth in SNH's accompanying memorandum of law and consolidated statement of undisputed material facts, filed contemporaneously herewith in accordance with Local Rule 56.1(a).  Given the dispositive nature of the relief sought herein, no concurrence from the opposing party was sought.  L.R. 7.1(c).

                                              Respectfully submitted,

                                              SYMPHONY NEW HAMPSHIRE,

                                              By its attorneys,

                                              PRIMMER PIPER EGGLESTON & CRAMER PC,

Dated:  June 3, 2019    By:    /s/ *Thomas J. Pappas*
                                              Thomas J. Pappas, Esq., (N.H. Bar No. 4111)
                                              P.O. Box 3600
                                              Manchester, NH 03105-3600
                                              (603) 626-3300
                                              tpappas@primmer.com

2

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing MOTION FOR SUMMARY JUDGMENT has this day been forwarded via the Court's Electronic Case Filing System to:

    Lauren S. Irwin, Esq.
    lirwin@uptonhatfield.com

    Heather M. Burns, Esq.
    hburns@uptonhatfield.com

    Brooke Lois Lovett Shilo
    bshilo@uptonhatfield.com

Dated: June 3, 2019            By:  */s/ Thomas J. Pappas*
                                    Thomas J. Pappas, Esq., (N.H. Bar No. 4111)