UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| JONATHAN McPHEE,<br>    Plaintiff,<br>v.<br><br>SYMPHONY NEW HAMPSHIRE,<br>    Defendant. | )<br>)<br>)<br>)<br>) Civil Action No. 1:18-cv-00322-LM<br>)<br>)<br>)<br>) |

## DEFENDANT'S OBJECTION TO PLAINTIFF'S EXPEDITED MOTION TO STRIKE KOHLER SUPPLEMENTAL REPORT

NOW COMES Defendant Symphony New Hampshire ("SNH"), by and through its attorneys, Primmer Piper Eggleston & Cramer PC, and hereby objects to Plaintiff's Expedited Motion to Strike Kohler Supplemental Report.

Support for this objection is more fully set forth in SNH's accompanying memorandum of law filed contemporaneously herewith in accordance with Local Rule 7.1(a)(2).

WHEREFORE, for the reasons set forth in the accompanying Memorandum of Law, SNH respectfully requests that this Honorable Court:

    A.    Deny Plaintiff's Expedited Motion to Strike Kohler Supplemental Report; and

    B.    Grant such other relief as the Court deems just.

Respectfully submitted,

SYMPHONY NEW HAMPSHIRE,
By its attorneys,
PRIMMER PIPER EGGLESTON & CRAMER PC,

Dated: August 21, 2019    By:    /s/ *Matthew J. Delude*
Thomas J. Pappas, Esq., (N.H. Bar No. 4111)
Matthew J. Delude, Esq. (N.H. Bar No. 18305)
P.O. Box 3600
Manchester, NH 03105-3600
(603) 626-3300
tpappas@primmer.com
mdelude@primmer.com

## **CERTIFICATE OF SERVICE**

   I hereby certify that a copy of the foregoing OBJECTION TO PLAINTIFF'S EXPEDITED MOTION TO STRIKE KOHLER SUPPLEMENTAL REPORT has this day been forwarded via the Court's Electronic Case Filing System to Lauren S. Irwin, Esq., Heather M. Burns, Esq. and Brooke Lois Lovett Shilo, Esq.

Dated: August 21, 2019      By: */s/ Matthew J. Delude*
                 Matthew J. Delude, Esq., (N.H. Bar No. 18305)