UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| JONATHAN MCPHEE, | Docket No. 1:18-cv-00322-LM |
| Plaintiff, | |
| v. | |
| SYMPHONY NEW HAMPSHIRE, | |
| Defendant | |

## STIPULATION OF DISMISSAL

The Parties, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), stipulate to the dismissal of this case with prejudice and without costs or fees to either party.

                                                     Respectfully submitted,

                                                     Jonathan B. McPhee, Plaintiff

                                                     By His Attorneys,

                                                   UPTON & HATFIELD, LLP

Date:  October 13, 2021                    By: /s/ Lauren S. Irwin
                                                    Lauren S. Irwin (NHBA #10544)
                                                    Heather M. Burns (NHBA #8799)
                                                    Brooke Lovett Shilo (NHBA #10294)
                                                    10 Centre Street, P.O. Box 1090
                                                    Concord, NH 03302-1090
                                                    (603) 224-7791
                                                    lirwin@uptonhatfield.com

                                            AND

2

|  |  |
|---|---|
|  | SYMPHONY NEW HAMPSHIRE, Defendant |
|  | By its Attorneys, |
|  | PRIMMER PIPER EGGLESTON & CRAMER PC |
| Date: October 13, 2021 | By: /s/ Gary M. Burt<br>Thomas J. Pappas, Esq. (NHBA #4111)<br>Matthew J. Delude, Esq. (NHBA # 18305)<br>Gary M. Burt, Esq. (NHBA #5510)<br>PO Box 3600<br>Manchester, NH 03105-3600<br>(603) 626-3300<br>gburt@primmer.com |